IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOROTHY RILES individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS COMMUNITY COLLEGE DISTRICT 510 aka SOUTH SUBURBAN COLLEGE<br><br>Defendant. | Case No.: 1:24-cv-7054<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Dorothy Riles (Plaintiff), individually and on behalf of all others similarly situated hereby voluntarily dismisses Defendant, Illinois Community College District 510 aka South Suburban College (Defendant) without prejudice.

Dated: October 8, 2024

*/s/Josh Sanford*
Josh Sanford
Arkansas Bar No. 2001037
**SANFORD LAW FIRM**
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (510) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

*and*

Jarrett L. Ellzey
Texas Bar No. 24040864
Federal I.D. No. 37369
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
Fax: (888) 276-3455
jarrett@ellzeylaw.com
*(pro hac vice forthcoming)*

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

       I certify that on October 8, 2024, a copy of the foregoing document was filed and served on all parties in accordance with the protocols for e-filing in the Federal Rules of Civil Procedure.

*/s/ Josh Sanford*_____
Josh Sanford