IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOROTHY RILES individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS COMMUNITY COLLEGE DISTRICT 510 aka SOUTH SUBURBAN COLLEGE<br><br>Defendant. | Case No.: 1:24-cv-7054<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**[proposed] ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL**

On this day, the Court considered Plaintiff Dorothy Riles' Voluntary Dismissal of her claims against Defendant Illinois Community College District 510 aka South Suburban College without prejudice.

IT IS HEREBY ORDERED that Plaintiff's Voluntary Dismissal without prejudice of Defendant Illinois Community College District 510 aka South Suburban College is GRANTED.


SIGNED on _____, 2024


_____
United States District Judge