**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
Eastern Division**

Dorothy Riles

                                          Plaintiff,

v.                                                                                Case No.: 1:24–cv–07054
                                                                                  Honorable Sara L. Ellis

Illinois Community College District 510

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 9, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to notice of voluntary dismissal [4], Plaintiff Dorothy Riles, individually and on behalf of all others similarly situated hereby voluntarily dismisses Defendant, Illinois Community College District 510 aka South Suburban College (Defendant) without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.